1 | GEOFFREY A. HANSEN,
Acting Federal Public Defender
2 | MANUEL U. ARAUJO,
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant TULUD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   )   No. CR -12-00408 - DLJ (PSG)
                            )
            Plaintiff,      )   **STIPULATION TO CONTINUE STATUS**
                            )   **HEARING TO NOVEMBER 8, 2012;**
      v.                    )   **[] ORDER**
                            )
MELQUIADEZ TULUD,           )
                            )   HONORABLE D. LOWELL JENSEN
            Defendant.      )
_____)

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for September 20, 2012, at 9:00 a.m., to November 8, 2012, at 9:00 a.m. The reason for the stipulation is as follows. Counsel for Mr. Tulud took an extended medical leave from July 25, 2012, until his return on August 27, 2012. Because of continuing health issues counsel is now working part time. Defense counsel has been working on preparing pretrial motions in the case of *United States vs. Luis Ruiz-Lopez*, case numbered CR-11-00749-LHK. The *Ruiz-Lopez*, *id.*, case is set to proceed to trial on September 21, 2012. The Government has provided the defense with discovery and in particular documents regarding the

loss amount. Defense counsel needs to have them analyzed. In addition, defense counsel needs to review said documents with his client and additional time to confer with his client and investigate his concerns. Lastly, counsel need additional time to negotiate a possible disposition of the matter.

The parties further agree and stipulate that time should be excluded from and including September 20, 2012, through and including November 8, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: September 14, 2012

_____/s/_____
MANUEL ARAUJO,
Assistant Federal Public Defender

Dated: September 14, 2012

_____/s/_____
MEREDITH J. EDWARDS,
Assistant United States Attorney

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter is continued from September 20, 2012, at 9:00 a.m., to November 8, 2012, at 9:00 a.m. It is further ordered that the period of delay from September 20, 2012, through and including November 8, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: _____

_____
HONORABLE D. LOWELL JENSEN,
United States District Judge