1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant TULUD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR -12-00408 - DLJ (PSG) |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE STATUS HEARING TO DECEMBER 6, 2012; [] ORDER** |
| MELQUIADEZ TULUD, ) | |
| Defendant. ) | HONORABLE D. LOWELL JENSEN |

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for November 8, 2012, at 9:00 a.m., to December 6, 2012, at 9:00 a.m. The reason for the stipulation is as follows. Counsel for Mr. Tulud took an extended medical leave from July 25, 2012, until his return on August 27, 2012. Because of continuing health issues counsel is now working part time. During the month of September, defense counsel had been working on preparing pretrial motions in the case of *United States vs. Luis Ruiz-Lopez*, case numbered CR-11-00749-LHK. The *Ruiz-Lopez, id.*, case went to trial on

Stipulation to Continue Status Hearing;
] Order
No. CR-12-00408 - DLJ (PSG)                1

1 September 21, 2012. The defense is continuing to review and analyze discovery provided by
2 the Government and in particular documents regarding the loss amount. Defense counsel needs
3 to analyze the financial records and attempt to reach a resolution of the matter with the
4 government. In addition, defense counsel has a conflict in his schedule for November 8, 2012.
5 On that date in Concord, California, he along with counsel for three other defendants in the case
6 of *United States vs. Barbara Alexander, et. al., CR-10-00730 LHK (PSG),* will be involved in the
7 deposition of a witness who is terminally ill with cancer. The deposition is expected to proceed
8 on November 8, 2012, November 9, 2012, and November 14, 2012, and thereafter is necessary.
9 For the above reasons counsel for Mr. Tulud requests the continuance

    The parties further agree and stipulate that time should be excluded from and including November 8, 2012, through and including December 6, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: November 5, 2012

                                          _____/s/_____
                                          MANUEL ARAUJO,
                                          Assistant Federal Public Defender

Dated: November 5, 2012

                                          _____/s/_____
                                          MEREDITH J. EDWARDS,
                                          Assistant United States Attorney

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | |
| 3 | Good cause appearing and by stipulation of the parties, it is hereby ordered that the status |
| 4 | conference hearing in the above-captioned matter is continued from November 8, 2012, at 9:00 |
| 5 | a.m., to December 6, 2012, at 9:00 a.m. It is further ordered that the period of delay from |
| 6 | November 8, 2012, through and including December 6, 2012, be excluded for purposes of |
| 7 | Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) |
| 8 | and 3161(h)(7)(B)(iv). |

Dated:_____

_____
HONORABLE D. LOWELL JENSEN,
United States District Judge